MARGARET SLACK *v.* HARRIET ROWLHAC.

**Attorney and Client—Relation Ceases at Death of Client—Limitation.**
The relation of attorney and client ceases upon the death of the latter and the statute of limitation begins to run at that time.

**Limitation of Actions—Reply not Permitted Unless Answer Contains Counterclaim or Set-off.**
A reply to a plea of limitations is only permitted where there is a counterclaim or set-off by the defendant in his answer.

APPEAL FROM FULTON CIRCUIT COURT.

February 27, 1872.

OPINION BY JUDGE PRYOR:

The relation of attorney and client between appellant and Hallett ceased to exist at the death of the latter, and the trust arising from the employment and the collection of the money also terminated. The failure of the appellant to sue, within five years and six months, his personal representative made the statute a successful defense to the appellant's claim, and there is no proof bringing the case within any of the exceptions of the law preventing the statute from running. The reply was improperly filed to this plea of limitation. Such pleading is only permitted when there is a counterclaim or set-off by the defendant in his answer. *5Bush* 558. Judgment of the court below is affirmed.

*Randle & Taylor, for appellant.*

*Williams, for appellee.*